IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01433-REB-PAC

JASON ROBINSON,

    Plaintiff,

v.

ARAPAHOE COUNTY,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE, by and through the
ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

    Defendants.

___

## **MINUTE ORDER**
___

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Reset Scheduling/Planning Conference [filed September 15, 2005] is **GRANTED** as follows:

    The Scheduling Conference set for October 28, 2005 is ***vacated and reset*** to **November 15, 2005 at 8:30 a.m.**  The proposed Scheduling Order is due on or before **November 10, 2005.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  September 15, 2005