IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01433-REB-PAC

JASON ROBINSON,

    Plaintiff,

v.

ARAPAHOE COUNTY,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE, by and through the
ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 3, 2005

    IT IS HEREBY

    **ORDERED** that, good cause having been shown by the defendant individual's raising of the defense of qualified immunity and by plaintiff's agreement to a stay, Defendant's Unopposed Motion for Stay of Discovery, Doc. # 18, filed October 25, 2005, is **GRANTED**.  It is

    **ORDERED** that further discovery in this matter is **stayed** until ruling on the pending dispositive motions or until **February 1, 2006**, whichever is earlier.  It is further

    **ORDERED** that the scheduling conference set for November 15, 2005 is vacated and reset to **February 15, 2006** at 10:30 a.m.  The proposed Scheduling Order is due by February 10, 2006.

    Valid, current photo identification is needed for access to the courthouse.