**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01433-REB-PAC

JASON ROBINSON,

    Plaintiff,

v.

ARAPAHOE COUNTY,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE, by and through the ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

    Defendants.

---

## MINUTE ORDER

---

    There being no objections or responses filed to Defendants' Unopposed Motion for Leave to File Certain Criminal Records and Affidavit of Joseph M. Dempsey and Motion to Seal Certain Exhibits [#22], filed on October 27, 2005, said motion is GRANTED. The criminal case records and defendant Joseph M. Dempsey's affidavit as supplemental exhibits to defendants' brief are FILED UNDER SEAL.

Dated: November 4, 2005

----------------------------------------------------------------------------------------------------------