**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01433-REB-PAC

JASON ROBINSON,

    Plaintiff,

v.

ARAPAHOE COUNTY, et al.,

    Defendants.
_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RECONSIDERATION**
_____

    THIS COURT, having reviewed Plaintiff's Motion For Reconsideration and For Extension Of Time To File Response To Defendants' Motion For Summary Judgment/dismiss Until November 30, 2005, and being fully advised in the premises, FINDS AND ORDERS:

    Plaintiff's Motion is GRANTED.   Plaintiff has until November 30, 2005 to file his Response to Defendants' Motion For Summary Judgment/Dismiss.

    Dated November 15, 2005, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge