**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 05-cv-01433-REB-PAC

**JASON ROBINSON,**

     Plaintiff,

v.

**ARAPAHOE COUNTY, THE ARAPAHOE
COUNTY SHERIFF'S OFFICE, by and through
the ARAPAHOE COUNTY SHERIFF GREYSON
ROBINSON, JOSEPH M. DEMPSEY, and JOHN
DOES I-X, a series of fictitious names,**

     Defendants.

___

**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE
TO CONDUCT DISCOVERY**
___

**Patricia A. Coan, Magistrate Judge**

     THIS COURT, having reviewed Plaintiff's Motion For Leave to Conduct Discovery, Doc. # 33, and the response and reply, finds as follows.

     Whether one or more defendants is entitled to qualified immunity generally is a "purely legal question," see *Medina v. Cram*, 252 F. 3d 1124, 1127-28 (10th Cir. 2001), and thus does not require discovery to aid in resolution.

     Further, while the Court notes that a claim of qualified immunity does not affect discovery against defendant entities, plaintiff nonetheless has failed to submit an affidavit under Rule 56(f) showing a connection between the information he would seek of the entities in discovery and what he wishes to rebut in defendants' motion.  Plaintiff also has failed to submit an affidavit showing a connection between the information he

wants to obtain in discovery and his alleged challenge to the validity of the qualified immunity assertion. See Rule 56(f), Fed. R. Civ.P.; *Lewis v. City of Fort Collins*, 903 F.2d 752, 758 (10th Cir. 1990).

Accordingly, for the reasons stated, it is hereby

ORDERED that **Plaintiff's Motion For Leave to Conduct Discovery**, Doc. # 33, is **denied**.

Dated 6 January 2006.                    By the Court:

s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge