IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01433-REB-PAC

JASON ROBINSON,

      Plaintiff,

v.

ARAPAHOE COUNTY,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE, by and through the
ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

      Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 3, 2006

      IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion to Vacate and Continue Scheduling/Planning Conference [filed February 2, 2006; Doc. No. 50] is **DENIED**.  This case has effectively been stayed for four months due to the parties' repeated motions for a continuance of the scheduling and planning conference.  The case should now be scheduled.  Accordingly, the scheduling and planning conference set for **February 15, 2006** will proceed as set.  The proposed scheduling order is due by **February 10, 2006**.