IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01433-REB-PAC

JASON ROBINSON,

      Plaintiff,

v.

ARAPAHOE COUNTY,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE, by and through the
ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

      Defendants.

_____

**ORDER**
_____

**Patricia A. Coan, Magistrate Judge**

      IT IS HEREBY

      **ORDERED** that Defendants' Motion for Continued Stay of Discovery, Doc. # 53, is granted in part and denied in part as follows.  It is further

      **ORDERED** that discovery is stayed until ruling on the pending dispositive motions, or until May 15, 2006, whichever is earlier, except that defendants are to produce those of their Rule 26(a)(1) Disclosures to plaintiff's counsel that concern constitutional claims against the defendant entity, claims against individuals in their official capacities, or issues about whether qualified immunity or sovereign immunity should apply.  Defendants are not to make any Rule 26(a)(1) disclosures concerning plaintiff's constitutional claims

against defendants in their individual capacities or concerning plaintiff's state tort claims against any defendant in any capacity.  See *Workman v. Jordan*, 958 F. 2d 332, 335 (10th Cir. 1992)(qualified immunity "is an immunity from suit rather than a mere defense to liability ..."); Section 24-10-108 (2005) Colo. Rev. Stat. (2005)("If a public entity raises the issue of sovereign immunity prior to or after the commencement of discovery, the court shall suspend discovery, except any discovery necessary to decide the issue of sovereign immunity..").  The disclosures are to be made no later than **March 18, 2006.**

Dated March 8, 2006.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge