IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01433-REB-PAC

JASON ROBINSON,

    Plaintiff,

v.

ARAPAHOE COUNTY,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE, by and through the
ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
March 15, 2006

    IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion for Leave to File Defendants' Reply to Plaintiff's Response to Defendants' Motion for Continued Stay of Discovery dated March 10, 2006 (doc. 63) is denied as mooted by Judge Blackburn's March 9, 2006 Order.