IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01433-REB-KLM

JASON ROBINSON,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

    Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants, Arapahoe County Sheriff Grayson Robinson, in his official capacity, and Joseph Dempsey, in his individual capacity, Unopposed Motion for Leave to File Under Seal Certain Criminal Records and Third Affidavit of Joseph M. Dempsey as Exhibits to Defendants' Memorandum Brief (Docket No. **97,** Filed August 01, 2007) ("the motion").

    In accordance with D.C.COLOL.CIVR. 7.2 the motion was posted to the public, to allow for any objections to the sealing of the Records / Affidavit.  There being no timely objections filed,

    IT IS HEREBY **ORDERED** that the exhibits (Certain Criminal Records   and Third Affidavit of Joseph M. Dempsey) [Docket No. 98] to Defendants' Memorandum Brief in Support of Their Second Motion for Summary Judgment shall be maintained UNDER SEAL by the Clerk of the Court.

Dated:  August 10, 2007