IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01433-REB-KLM

JASON ROBINSON,

     Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

     Defendants.

_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter is before the Court on Defendants' Second Motion for Stay of Discovery (Docket No. 94, Filed August 1, 2007) ("the motion").  Plaintiff filed a response stating he does not object to the stay at this time.

     IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Discovery of this matter shall be stayed for a period of ninety (90) days from the date of this Order, while the District Court considers Defendants' Second Motion for Summary Judgment.

     IT IS FURTHER HEREBY **ORDERED** that the Status Conference set for October 25, 2007 at 10:00 a.m. is **vacated** and will be reset by the Court if appropriate.

Dated:  September 26, 2007