IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01433-REB-KLM

JASON ROBINSON,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF GREYSON ROBINSON,
JOSEPH M. DEMPSEY, and
JOHN DOES I - X, a series of fictitious names,

    Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Third Unopposed Motion for Continued Stay of Discovery [Docket No. 119; Filed December 21, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The case shall be stayed, including the deadlines set via the Scheduling Order [Docket No. 90], for a period of ninety (90) days, pending a ruling by the District Court on Defendants' Second Motion for Summary Judgment.

Dated: December 21, 2007